





# Extraction Report
Apple iPhone Logical

## Data Files (1)

### Images (1)

| # | File Info | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| 1 | Name:<br>Path:<br><br>MD5: | IMG_0403.JPG<br>Mayne's iPhone/var/mobile/Media/DCIM/100APPLE/IMG_0403.JPG<br>6eec65387cd3b998ede4cbbb6f269cdc | Size (bytes):<br>Created:<br>Modified:<br>Deleted:<br>Source file<br>Meta Data:<br>Pixel resolution:<br>Resolution:<br>Orientation: | 260973<br>12/19/2019 3:51:33 AM(UTC-6)<br>12/19/2019 3:51:51 AM(UTC-6)<br>12/26/2019 7:50:03 AM(UTC-6)<br><br><br>1242x2208<br>72x72 (Unit: Inch)<br>Horizontal (normal) | | Trash |



GOVERNMENT EXHIBIT
CASE NO. 3:20-mj-01
EXHIBIT NO. 3

# Extraction Report
Apple iPhone Logical

## Data Files (1)

### Images (1)

| # | File Info | | Additional file Info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| 1 | Name:<br>Path:<br><br><br>MD5: | IMG_0402.JPG<br>Mayne's iPhone/var/mobile/Media/DCIM/100APPLE/IMG_0402.JPG<br>43a177a9bb93577b4928b73eb8541810 | Size (bytes):<br>Created:<br>Modified:<br>Deleted:<br>Source file<br>Meta Data:<br>Pixel resolution:<br>Resolution:<br>Orientation: | 361909<br>12/19/2019 3:51:33 AM(UTC-6)<br>12/19/2019 3:51:47 AM(UTC-6)<br>12/26/2019 7:50:03 AM(UTC-6)<br><br><br>1242x2208<br>72x72 (Unit: Inch)<br>Horizontal (normal) | | Trash |





# Extraction Report
Apple iPhone Logical

## Data Files (1)

### Videos (1)

| # | File Info | | Additional file Info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| 1 | Name:<br>Path:<br><br>MD5: | IMG_0001.MP4<br>Mayne's iPhone/var/mobile/Media/DCIM/100APPLE/IMG_0001.MP4<br>a1abe9b390dab558bcc342a26ba4941d | Size (bytes):<br>Created:<br>Modified:<br>Deleted:<br>Source file | 8903178<br>12/5/2019 10:35:38 AM(UTC-6)<br>12/5/2019 10:38:11 AM(UTC-6)<br>12/26/2019 7:50:03 AM(UTC-6) | | Trash |